1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MOHAMMADREZA DASTOORI,                No.  2:25-cv-01224-DAD-CKD

12            Plaintiff,

13       v.                                 ORDER GRANTING MOTION TO
                                            CONTINUE DUE TO LAPSE IN
14    KRISTI NOEM, et al.,                  APPROPRIATIONS

15            Defendants.                   (Doc. No. 8)

16

17

18          On October 15, 2025, defendants filed a motion to continue various dates scheduled in

19    this case in light of the lapse of appropriations to the United States Department of Justice.  (Doc.

20    No. 8.)  Good cause appearing, the court GRANTS defendant's motion and VACATES all dates

21    and deadlines set in this action, if any.  The parties are directed to file a joint status report within

22    seven (7) days of the resumption of appropriations to the United States Department of Justice

23    regarding resetting deadlines for filing a responsive pleading and for an Initial Scheduling

24    Conference.

25          IT IS SO ORDERED.

26    Dated:   **November 4, 2025**                    _____

27                                              DALE A. DROZD
                                                UNITED STATES DISTRICT JUDGE
28

                                              1